**Opinion issued December 21, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00414-CR

————————————

**MERCELL TRIGGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Case No. 1651960**

---

## MEMORANDUM OPINION

Without an agreed recommendation of punishment from the State , appellant, Mercell Triggs, entered a plea of guilty to the offense of family violence with a deadly weapon. The trial court sentenced appellant to four years' incarceration in the Correctional Institutions Division of Texas Department of Criminal Justice.

Appellant has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot. We grant appellant's request to issue mandate immediately. *See* TEX. R. APP. P. 18.1(c).

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).